**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**CASE NO.: 3:19-cv-908-BJD-MCR**

JACOB AARON LEVEILLE,

    Plaintiff,

v.

RYAN EDWARD UPCHURCH PKA UPCHURCH,

    Defendant.

**STIPULATION OF SETTLEMENT**

Plaintiff JACOB AARON LEVEILLE and Defendant RYAN EDWARD UPCHURCH PKA UPCHURCH, by and through their undersigned counsel, hereby stipulate to the Court that the parties have reached a settlement and request until December 17, 2021 in which to file a Stipulation of Dismissal.

Dated: October 18, 2021        Respectfully submitted,

| | |
|---|---|
| */s/Craig A. Wirth* | */s/ Taylor N. Cassidy* |
| JOEL B. ROTHMAN | THOMAS H. STANTON |
| Florida Bar Number: 98220 | Florida Bar No. 127444 |
| joel.rothman@sriplaw.com | tstanton@stantoniplaw.com |
| CRAIG A. WIRTH | TAYLOR N. CASSIDY |
| Florida Bar Number: 125322 | Florida Bar No. 1003217 |
| craig.wirth@sriplaw.com | tcassidy@stantoniplaw.com |
| | |
| **SRIPLAW** | **STANTON IP LAW FIRM, P.A.** |
| 21301 Powerline Road | 201 Kennedy Boulevard |
| Suite 100 | Suite 825 |
| Boca Raton, FL 33433 | Tampa, FL 33602 |

| | |
|---|---|
| 561.404.4350 – Telephone<br>561.404.4353 – Facsimile<br><br>And<br><br>JOSEPH A. DUNNE<br>*Pro Hac Vice*<br>Joseph.dunne@sriplaw.com<br><br>**SRIPLAW**<br>25 Maiden Lane<br>Suite 5C<br>New York, NY  10038<br>929.200.8446 – Telephone<br>561.404.4350 - Facsimile<br><br>*Counsel for Plaintiff Jacob Aaron Leveille* | (813) 421-3883 - Telephone<br> - Facsimile<br><br>*Counsel for Defendant Ryan Edward Upchurch pka Upchurch* |